UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD NATHANIEL HURTADO,

Plaintiff,

v.

OFFICER N. REVELES, et al.,

Defendants.

Case No.  25-cv-06437-RMI

**ORDER GRANTING EXTENSION**

Re: Dkt. No. 15

For good cause shown, it is hereby **ORDERED** that Defendants' request for an extension of time (dkt. 15) to file a dispositive motion is **GRANTED**, and the motion shall be filed by **March 27, 2026**.

**IT IS SO ORDERED.**

Dated: February 3, 2026

ROBERT M. ILLMAN
United States Magistrate Judge