UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD NATHANIEL HURTADO,

Plaintiff,

v.

OFFICER N. REVELES, et al.,

Defendants.

Case No. 25-cv-06437-RMI

**ORDER GRANTING EXTENSION**

Re: Dkt. No. 18

For good cause shown, it is hereby **ORDERED** that Defendants' request for a brief extension of time (dkt. 18) to file a dispositive motion is **GRANTED**, and the motion shall be filed by **April 3, 2026**.

**IT IS SO ORDERED.**

Dated: April 2, 2026

ROBERT M. ILLMAN
United States Magistrate Judge