UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD NATHANIEL HURTADO, | Case No. 25-cv-06437-RMI |
| Plaintiff, | |
| v. | **ORDER** |
| OFFICER N. REVELES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on April 3, 2026. (dkt. 20). Plaintiff has not filed an opposition or otherwise communicated with the Court. Plaintiff shall file an opposition to the summary judgment motion, within twenty-eight days of service of this order. Failure to file an opposition may result in dismissal or the Court reviewing the motion as unopposed.

**IT IS SO ORDERED.**

Dated: May 27, 2026

ROBERT M. ILLMAN
United States Magistrate Judge