United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD NATHANIEL HURTADO,
Plaintiff,

v.

OFFICER N. REVELES, et al.,
Defendants.

Case No. 25-cv-06437-RMI

**JUDGMENT**

The Court entered an order granting Defendants' Motion for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in accordance with that Order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 25, 2026

ROBERT M. ILLMAN
United States Magistrate Judge